IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MONTY DORIAN ABEYTA-FRY                                                                                      PLAINTIFF

v.                                          Case No. 5:13-CV-05167

TIM HELDER, Sheriff; and RHONDA BRADLEY, Nurse                                            DEFENDANTS

**O R D E R**

The Court has received proposed findings and recommendations (Doc. 21) from United States Magistrate Judge Erin L. Setser.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.

Accordingly, IT IS ORDERED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(b), for failure to comply with an order of the Court and failure to prosecute this action.

Judgment will be entered accordingly.

IT IS SO ORDERED this 25th day of August, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE